IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DANIEL KELLIHER,
an individual,

    Plaintiff,

v.

Case No.: 11-5572 CO 39

TARGET NATIONAL BANK,
a national bank
and BONDED COLLECTION CORPORATION,
a foreign corporation,

    Defendants.

_____/

RECEIVED
ST. PETERSBURG BRANCH
JUN 1 5 2011
KEN BURKE
CLERK CIRCUIT COURT

## VERIFIED COMPLAINT

COMES NOW, Plaintiff, Daniel Kelliher ("Plaintiff"), by and through the undersigned counsel, and sues Defendant, Target National Bank (hereinafter, "Target"), and Bonded Collection Corporation (hereinafter, "BCC") (collectively, "Defendants"), and alleges:

## PRELIMINARY STATEMENT

This is an action for actual and statutory damages for violations of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereinafter the "FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a, et. seq. (hereinafter the "FDCPA").

## JURISDICTION, VENUE & PARTIES

1.     This is an action for damages that exceeds $5,000.00 and is less than $15,000.00, exclusive of attorneys' fees and costs.

2.     Jurisdiction and venue for purposes of this action are conferred by Florida

Statute §559.77.

3. At all material times herein, the conduct of the Defendants, complained of below, occurred in Pinellas County, Florida.

4. Plaintiff, Daniel Kelliher, is a natural person who resides in Pinellas County, Florida.

5. Defendant, Target, is a national bank that, itself and through its subsidiaries, regularly extends credit to consumers in Pinellas County, Florida.

6. Defendant, BCC, is a foreign profit corporation existing under the law of the State of Delaware that, itself and through its subsidiaries, regularly collects debts due to another in Pinellas County, Florida.

## GENERAL ALLEGATIONS

7. At all times herein, Defendant Target was a "creditor" as defined by Florida Statute § 559.55.

8. At all times herein, Defendant Target attempted to collect a debt, a consumer credit card account ending in -1399 (hereinafter "the Debt").

9. At all times herein, the Debt was a consumer debt, incurred primarily for personal, household or family use.

10. At all times herein, the Defendants' conduct with regard to the Debt complained of below qualifies as a "communication" as defined by Florida Statute § 559.55.

11. At all times herein, Defendant BCC was a "debt collector" as defined by FDCPA, 15 U.S.C. 1692a(6), and the FCCPA, Florida Statute §559.55(6). Defendant regularly uses interstate mail and places interstate telephone calls while engaging in

business, the principal purpose of which is the collection of debts.

12. At all times herein, the Defendants were a "person" subject to Florida Statute § 559.72. *See* Schauer v. General Motors Acceptance Corp., 819 So. 2d 809 (Fla. 4th DCA 2002).

13. At all times herein, the Defendants acted through their agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

14. The Plaintiff retained Leavengood, Nash, Dauval & Boyle, P.A. hereinafter ("Undersigned Counsel") on February 26, 2010 with regard to his debts generally, including the Debt.

15. All conditions precedent to the filing of the action occurred or have been waived by the Defendants.

16. On or about June 16, 2010, at approximately 1:20 p.m. ET, Defendant Target's representative "Laurel" called Plaintiff from telephone number 866-248-0758 in an attempt to collect the Debt. Plaintiff advised Laurel of Undersigned Counsel's representation with regard to the Debt, provided Undersigned Counsel's contact information and asked that all further Debt collection communications be directed to Undersigned Counsel's office.

17. On or about July 13, 2010, despite having actual knowledge of Undersigned Counsel's representation regarding the Debt, Defendant Target mailed Plaintiff a billing statement in an attempt to collect the Debt. Please see attached a true and correct copy of the billing statement labeled exhibit "A1-A2."

18. The July 13, 2010 billing statement contained language stating Defendant

Target has "a number of special payment arrangements" and advised Plaintiff to call Defendant Target at 800-621-2410 to discuss payment arrangements.

19. On or about August 13, 2010, despite having actual knowledge of Undersigned Counsel's representation regarding the Debt, Defendant Target mailed Plaintiff another billing statement in an attempt to collect the Debt. Please see attached a true and correct copy of the billing statement labeled exhibit "B1-B2."

20. The August 13, 2010 billing statement from Defendant Target advised Plaintiff his account was "seriously past due" and to contact Defendant Target "today" at 800-621-2410.

21. Despite having actual knowledge of Undersigned Counsel's representation of Plaintiff with regard to the Debt, on or before September 10, 2010, Defendant Target retained third-party debt collector, BCC, to collect the Debt directly from the Plaintiff.

22. Defendant Target's hiring of Defendant BCC was an indirect attempt to collect the Debt directly from Plaintiff.

23. Defendant Target failed to notify Defendant BCC of Undersigned Counsel's representation of Plaintiff with regard to the Debt.

24. On or about September 10, 2010, Defendant Target indirectly through Defendant BCC mailed Plaintiff a debt collection letter in an attempt to collect the Debt from Plaintiff. Please see attached a true and correct copy of the third collection letter labeled exhibit "C."

25. On or about September 13, 2010, despite having actual knowledge of Undersigned Counsel's representation regarding the Debt, Defendant Target mailed Plaintiff a billing statement in attempt to collect the Debt. Please see attached a true and

correct copy of the billing statement labeled exhibit "D1-D2."

26. The September 13, 2010 billing statement advised Plaintiff that his account was "seriously past due" and to contact Defendant Target "today" at 800-621-2410 to make payment arangements.

27. The Plaintiff has retained Leavengood, Nash, Dauval & Boyle, P.A. for the purpose of pursuing this matter against the Defendants and is obligated to pay his attorneys a reasonable fee for their services.

28. Florida Statute § 559.77 provides for the award of up to $1,000.00 statutory damages plus actual damages, and an award of attorneys' fees and costs to the Plaintiff should the Plaintiff prevail in this matter.

29. United States Code Title 15 Section 1692k(a)(2)(A) provides for the award of up to $1,000.00 statutory damages plus actual damages, punitive damages and an award of attorneys' fees to the Plaintiff should the Plaintiff prevail in this matter against Defendants.

30. As of the date of this complaint, the Defendants have not initiated a lawsuit in an effort to collect the Debt. Likewise, no final judgment regarding the Debt has been obtained by, or transferred to, the Defendants.

## COUNT ONE:
## UNFAIR DEBT COLLECTION PRACTICE –
## VIOLATION OF FLORIDA STATUTE § 559.72(18)

31. The Plaintiff re-alleges paragraphs one (1) through thirty (30) as if fully restated herein and further states as follows:

32. The Defendant Target is subject to, and have violated the provisions of, Florida Statute § 559.72(18) by intentionally and repeatedly communicating with the

Plaintiff, after being given actual notice that Plaintiff was represented by counsel with regard to the underlying Debt.

33. Specifically, despite having actual knowledge of Undersigned Counsel's representation of Plaintiff with regard to the Debt, Defendant Target continued to send statements containing debt collection language in an attempt to collect the Debt.

34. Further, despite having knowledge of Undersigned Counsel's representation of Plaintiff with regard to the Debt, Defendant Target continued to indirectly collect the Debt by turning the Debt over to Defendant BCC for further Debt collection directly from Plaintiff.

35. As a direct and proximate result of the Defendant Target's actions, the Plaintiff has sustained damages as defined by Florida Statute § 559.77.

WHEREFORE, the Plaintiff requests this Court enter a judgment against Defendant Target for statutory damages, costs, attorneys' fees and such other equitable relief this Court deems appropriate.

### COUNT TWO:
### UNFAIR DEBT COLLECTION PRACTICE –
### VIOLATION OF FLORIDA STATUTE § 559.72(9)

36. The Plaintiff re-alleges paragraphs one (1) through thirty (30) as if fully restated herein and further states as follows:

37. The Defendant Target are subject to, and have violated the provisions of, Florida Statute § 559.72(9) by asserting the existence of a legal right with the Plaintiff, knowing such right does not exist.

38. Specifically, Defendant Target directly and indirectly attempted to collect the Debt from Plaintiff after already having knowledge of Undersigned Counsel's

representation and that they no longer had a right to contact Plaintiff regarding the Debt. This is a right implicitly asserted by Target when Target knows that such a right does not exist.

39. As a direct and proximate result of the Defendant Target's actions, the Plaintiff has sustained damages as defined by Florida Statute § 559.77.

**WHEREFORE**, the Plaintiff requests this Court enter a judgment against Defendant Target for statutory damages, costs, attorneys' fees and such other equitable relief this Court deems appropriate.

## COUNT THREE:
## UNFAIR DEBT COLLECTION PRACTICE – VIOLATION OF FLORIDA STATUTE §559.72(9)

The Plaintiff re-alleges paragraphs one (1) through thirty (30) as if fully restated herein and further states as follows:

40. The Defendant is subject to, and has violated provisions of, Florida Statute §559.72(9) by attempting to collect the Debt with knowledge that the Debt is not legitimate or asserting the existence of the legal right to the Debt with the knowledge that the right does not exist.

41. Specifically, Defendant BCC sent a collection letter to Plaintiff and failed to include any language regarding Plaintiff's ability to dispute the validity of the debt within thirty (30) days. Defendant BCC knew or should have known that such language needed to be included in its initial communication and by failing to include any such language in its debt collection attempt, asserted a right that did not exist.

42. As a direct and proximate result of the Defendant's actions, the Plaintiff has sustained damages as defined by Florida Statute §559.77.

WHEREFORE, the Plaintiff requests this Court enter a judgment against Defendant for statutory damages, actual damages, costs, attorneys' fees and such other equitable relief this Court deems appropriate.

### COUNT FOUR:
### FAIR DEBT COLLECTION PRACTICES ACT –
### VIOLATION OF 15 U.S.C. §1692g(a)(1)(2)(3)(4)(5)

The Plaintiff re-alleges paragraphs one (1) through thirty (30) as if fully restated herein and further states as follows:

43. The Defendant BCC is subject to, and has violated the provisions of, 15 U.S.C. § 1692g(a) by failing to send a written notice to Plaintiff within five (5) days of Defendant's initial communication that contained (1) the amount of the debt, (2) the name of the creditor to whom the debt is owed, (3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector, (4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector, and/or (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

44. Specifically, the September 10, 2010 collection letter from Defendant BCC failed to include any language in the notifying Plaintiff of his right to dispute the Debt in writing within thirty days of receiving the notice or that such a dispute would

result in the debt collector obtaining verification of the debt.

45. As a direct and proximate result of the Defendant's actions, the Plaintiff has sustained damages as defined by 15 U.S.C. 1692k.

**WHEREFORE**, the Plaintiff requests this Court enter a judgment against Defendant BCC for statutory damages, costs, attorneys' fees and such other equitable relief this Court deems appropriate.

### DEMAND FOR JURY TRIAL

46. Plaintiff hereby demands a trial by jury on all issues triable by right.

Respectfully Submitted,

**LEAVENGOOD & NASH**

☐ Ian R. Leavengood, Esq., FBN 10167
☒ Heather M. Fleming, Esq., FBN 25971
2958 First Avenue North
St. Petersburg, FL 33713
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
cnash@leavenlaw.com
Attorneys for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA )
)
COUNTY OF PINELLAS )

Plaintiff Daniel Kelliher, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

_____
Daniel Kelliher

Subscribed and sworn to before me
this 2ND day of JUNE, 2011.

_____
Notary Public

My Commission Expires:

K. M. BOORE
Notary Public - State of Florida
My Comm. Expires Apr 21, 2013
Commission # DD 882741
Bonded Through National Notary Assn.

Proof of I.D.: FLORIDA DL

**TARGET.**

*90G0P*

**Target Credit Card Account Number: X-XXX-XX1-399**
Account Identification Number: 8955
DANIEL F KELLIHER

Statement Closing Date: July 13, 2010
Page 1 of 2

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $211.39 |
| Payments and Other Credits | -$0.00 |
| Purchases and Other Debits | +$0.00 |
| Past Due Amount | $114.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$4.51 |
| New Balance | $244.90 |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 7/13/2010 |
| Days in Billing Cycle | 30 |

**For questions, an address change or to report a lost or stolen card, go online or call us:**

| | |
|---|---|
| Manage My REDcard | Target.com/redcard |
| Target Credit Services | 1-800-659-2396 |
| TDD/TDY | 1-800-347-5842 |
| Outside the U.S. | 1-612-307-8622 (Call Collect) |

*Calling will not preserve your billing-error rights.*

### Payment Information

| | |
|---|---|
| New Balance | $244.90 |
| Minimum Payment Due | $150.00 |
| Payment Due Date | 8/10/2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Only the minimum Payment | 12 months | $260 |
|---|---|---|

If you would like information about credit counseling services, call 1-800-991-8433.

### Important Messages

**Please Contact us About Your Past Due Account**
We've been trying to help bring your account current for the last few months. We have a number of special payment arrangements, but we need to hear from you in order to try to help. Please get in touch with us today by going to Target.com/redcard and clicking on "Manage My REDcard" or calling (800) 621-2410.

---

Target National Bank, an affiliate of Target Stores       NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

INCLUDE THIS PORTION WITH YOUR PAYMENT MADE PAYABLE TO TARGET NATIONAL BANK

**TARGET.**

NEW PHONE, HOME OR
E-MAIL ADDRESS?
PLEASE UPDATE ON
REVERSE SIDE.

TARGET NATIONAL BANK
P.O. BOX 59317
MINNEAPOLIS, MN 55459-0317

30T13-00007922-001-002

| | |
|---|---|
| Account Number | X-XXX-XX1-399 |
| New Balance | $244.90 |
| Minimum Payment Due | $150.00 |
| Payment Due Date | August 10, 2010 |

Amount Enclosed  $


EXHIBIT A1

DANIEL F KELLIHER
7208 MEADOWLAWN DR N
ST PETERSBURG, FL 33702-5022

3001000015000002449090777700032668955791

Case 8:11-cv-01593-VMC-EAJ   Document 2   Filed 07/15/11   Page 12 of 17 PageID 80

**TARGET**

*80G00*

**Target Credit Card Account Number:** X-XXX-XX1-399
Account Identification Number:     8955
DANIEL F KELLIHER

Statement Closing Date: July 13, 2010
Page 2 of 2

| Transactions | | | |
|---|---|---|---|
| Trans Date | Description of Transaction or Credit | Location | Amount |
| | No payments or credits were received last month. | | |
| Jul. 10 | LATE PAYMENT FEE | | $29.00 |
| | TOTAL FEES FOR THIS PERIOD | | $29.00 |
| | INTEREST CHARGE-PURCHASES | | $4.51 |
| | TOTAL INTEREST CHARGED FOR THIS PERIOD | | $4.51 |

| | |
|---|---|
| Total fees charged in 2010 | $145.00 |
| Total interest charged in 2010 | $22.34 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | | | |
|---|---|---|---|
| Purchases | 25.24% (v) | $217.39 | $4.51 |

(v) = Variable Rate

There is a Minimum Charge of $1.00 for any billing period in which an interest charge is imposed.



EXHIBIT
A2

32868955
30T13-00007922-002-002

**TARGET.**

**Target Credit Card Account Number: X-XXX-XX1-399**
Account Identification Number: 8955
DANIEL F KELLIHER

Statement Closing Date: August 13, 2010
Page 1 of 2

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $244.90 |
| Payments and Other Credits | -$0.00 |
| Purchases and Other Debits | +$0.00 |
| Past Due Amount | $150.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$5.38 |
| New Balance | $279.28 |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 8/13/2010 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $279.28 |
| Minimum Payment Due | $188.00 |
| Payment Due Date | 9/10/2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using the card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 12 months | $293 |

If you would like information about credit counseling services, call 1-800-991-8433.

**For questions, an address change or to report a lost or stolen card, go online or call us:**

| | |
|---|---|
| Manage My REDcard | Target.com/redcard |
| Target Credit Services | 1-800-659-2396 |
| TDD/TDY | 1-800-347-5842 |
| Outside the U.S. | 1-612-307-8622 (Call Collect) |

Calling will not preserve your billing-error rights

### Important Messages

**Account Seriously Past Due**
Your REDcard account is seriously past due, but we may still be able to offer special payment arrangements to help you clear up your account and get your finances back on track. Your first step is to call us at (800) 621-2410 or go to Target.com/redcard and click on "Manage My REDcard."

---

Target National Bank, an affiliate of Target Stores    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

INCLUDE THIS PORTION WITH YOUR PAYMENT MADE PAYABLE TO TARGET NATIONAL BANK



**TARGET.**

NEW PHONE, HOME OR E-MAIL ADDRESS? PLEASE UPDATE ON REVERSE SIDE.



| | |
|---|---|
| Account Number | X-XXX-XX1-399 |
| Account Identification Number | 8955 |
| New Balance | $279.28 |
| Minimum Payment Due | $188.00 |
| Payment Due Date | September 10, 2010 |
| Amount Enclosed $ | |

TARGET NATIONAL BANK
P.O. BOX 660170
DALLAS TX 75266-0170

30T13-00007784-001-002

DANIEL F KELLIHER
7208 MEADOWLAWN DR N
ST PETERSBURG FL 33702-5022


EXHIBIT B

5001000018800002792890777700003266895579L

**TARGET**

*8081H*

**Target Credit Card Account Number: X-XXX-XX1-399**
Account Identification Number      8955
DANIEL F KELLIHER

Statement Closing Date: August 13, 2010
Page 2 of 2

### Transactions

| Trans Date | Description of Transaction or Credit | Location | Amount |
|---|---|---|---|
| | No payments or credits were received last month. | | |
| Aug. 10 | LATE PAYMENT FEE | | $29.00 |
| | | TOTAL FEES FOR THIS PERIOD | $29.00 |
| | INTEREST CHARGE-PURCHASES | | $5.38 |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | $5.38 |

| | |
|---|---|
| Total fees charged in 2010 | $174.00 |
| Total interest charged in 2010 | $27.72 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | | | |
|---|---|---|---|
| Purchases | 25.24% (v) | $251.20 | $5.38 |

(v) = Variable Rate

There is a Minimum Charge of $1.00 for any billing period in which an interest charge is imposed.

EXHIBIT B2

32888955
3DT13-00007784-002-002



CSBOND01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



# BONDED COLLECTION CORPORATION

(800) 326-6333 • (312) 279-8300

| Date | BCC File # | Balance Due |
|------|------------|-------------|
| 9/10/10 | 7029903 | $279.28 |

7029903-I70T    395702018

Daniel F Kelliher
7208 Meadowlawn Dr N
St Petersburg FL 33702-5022

B.C.C.
29 East Madison Street
Suite 1650
Chicago IL 60602-4427

_____  /____
Account Number              Exp Date

_____  _____
Card Holder Name            Pmt Amt
                            /   /
_____  _____
Signature of Card Holder     Date

***Detach Upper Portion and Return with Payment***

Creditor: Target Financial Services
Account #: XXXXXXXXXX9990
BCC File #: 7029903
Total Balance Due: $279.28

The above referenced debt remains outstanding. It is our hope that you will receive a tax refund in the early part of this year. You can maximize the use of your tax refund to satisfy this outstanding obligation.

We are authorized to offer you a settlement of **55% of the balance outstanding which is $153.60**. In addition we are authorized to spread the settlement amount over 3 equal payments as long as the first payment is made to our office within 15 days of the date of this letter and the remaining payments are received by our office every 30 days until the settlement is complete.

In order to take advantage of this special settlement opportunity, please send in your first payment of $51.22 within 15 days of the date of this letter or call our office at the number below to arrange your payments by phone.

Please be advised that Target Financial Services is required to file information returns with the IRS (form 1099-C) for any indebtedness of $600.00 or more which is forgiven. You will receive a copy of the information return form. You are encouraged to speak with your tax advisor if you have any questions about your tax obligations.

*** We accept VISA and Mastercard ***

If paying by credit card, please fill out the information above and circle the appropriate card.

This communication is from a debt collector.
This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

1CSBOND01I70T



EXHIBIT
C

Bonded Collection Corporation • 29 E Madison St, Ste 1650 • Chicago IL 60602-4427 • Tel: (800) 326-6333 • Fax: (312) 279-8362

**TARGET**

**Target Credit Card Account Number: X-XXX-XX1-399**
Account Identification Number:     3955
DANIEL F KELLIHER

Statement Closing Date: September 13, 2010
Page 1 of 2

| Summary of Account Activity | |
|---|---|
| Previous Balance | $279.28 |
| Payments and Other Credits | -$0.00 |
| Purchases and Other Debits | +$0.00 |
| Past Due Amount | $188.00 |
| Fees Charged | +$25.00 |
| Interest Charged | +$6.12 |
| New Balance | $310.40 |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 9/13/2010 |
| Days in Billing Cycle | 31 |

**For questions, an address change or to report a lost or stolen card, go online or call us:**

| | |
|---|---|
| Manage My REDcard | Target.com/redcard |
| Target Credit Services | 1-800-659-2396 |
| TDD/TDY | 1-800-347-5842 |
| Outside the U.S. | 1-612-307-8622 (Call Collect) |

*Calling will not preserve your billing-error rights.*

| Payment Information | |
|---|---|
| New Balance | $310.40 |
| Minimum Payment Due | $223.00 |
| Payment Due Date | 10/10/2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $35.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Only the minimum Payment | 5 months | $317 |
|---|---|---|

If you would like information about credit counseling services, call 1-800-991-8433.

**Important Messages**

**Account Seriously Past Due**
If we don't set up payment arrangements for your REDcard soon, we'll charge off your account and report it to the credit bureaus as bad debt. There's still time to work with us to try to find a solution for your account and prevent this negative impact to your credit report, but we need to hear from you right away. Call us at (800) 621-2410 or go to Target.com/redcard and click on "Manage My REDcard" to learn more.

**Coming soon: Everyday 5%* savings with your REDcard.**
Starting October 17th, just use your REDcard for an anytime 5% discount at Target. And if you're enrolled in Target Pharmacy Rewards, you'll receive a 5%-off** certificate with every five prescriptions you fill at Target Pharmacy with your REDcard. Watch for a notification letter in the mail for details.
*Some exclusions apply. See program rules at Target.com/redcard.
**Some exclusions apply. See program rules at Target.com/pharmacyrewards.

Target National Bank, an affiliate of Target Stores        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

INCLUDE THIS PORTION WITH YOUR PAYMENT MADE PAYABLE TO TARGET NATIONAL BANK

**TARGET**

NEW PHONE, HOME OR
E-MAIL ADDRESS?
PLEASE UPDATE ON
REVERSE SIDE.



| | |
|---|---|
| Account Number | X-XXX-XX1-399 |
| Account Identification Number | 8955 |
| New Balance | $310.40 |
| Minimum Payment Due | $223.00 |
| Payment Due Date | October 10, 2010 |
| Amount Enclosed $ | |

TARGET NATIONAL BANK
P.O. BOX 660170
DALLAS TX 75266-0170

30T13-00007558-001-002

DANIEL F KELLIHER
7208 MEADOWLAWN DR N
ST PETERSBURG FL 33702-5022


EXHIBIT D1

0001000022300003104090777700032668955791

**TARGET**

**Target Credit Card Account Number: X-XXX-XX1-399**
Account Identification Number    8955
DANIEL F KELLIHER

Statement Closing Date: September 13, 2010
Page 2 of 2

### Transactions

| Trans Date | Description of Transaction or Credit | Location | Amount |
|---|---|---|---|
| | No payments or credits were received last month. | | |
| Sep. 10 | LATE PAYMENT FEE | | $25.00 |
| | | TOTAL FEES FOR THIS PERIOD | $25.00 |
| | INTEREST CHARGE-PURCHASES | | $6.12 |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | $6.12 |

| | |
|---|---|
| Total fees charged in 2010 | $199.00 |
| Total interest charged in 2010 | $33.84 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | | | |
|---|---|---|---|
| Purchases | 25.24% (v) | $285.42 | $6.12 |

(v) = Variable Rate

There is a Minimum Charge of $1.00 for any billing period in which an interest charge is imposed.


EXHIBIT
D2

32668955
3DT13-00007558-002-002