UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL KELLIHER,

    Plaintiff,

v.                                        Case No. 8:11-cv-01593-VMC-EAJ

TARGET NATIONAL BANK, and
BONDED COLLECTION CORPORATION,

    Defendants.
_____/

## DEFENDANT BONDED COLLECTION CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PLAINTIFF'S DISCOVERY REQUESTS

Defendant, Bonded Collection Corporation, by and through its undersigned counsel and pursuant to Federal Rules of Civil Procedure, hereby files this, its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff's Discovery Requests and states as follows:

1.    Plaintiff originally filed this action in the County Court in and for the Sixth Judicial Circuit Pinellas County, Florida in June, 2011.

2.    On July 15, 2011, Defendant Target National Bank filed a Notice of Removal removing this action to this Court.

3.    Defendant Bonded Collection Corporation is in need of an extension of time until August 31, 2011 to respond to Plaintiff's Complaint.

4.    In addition, Defendant Bonded Collection Corporation is need of an extension of time until September 2, 2011 to respond to Plaintiff's discovery requests.

5. The undersigned's office has consulted with counsel for Plaintiff and he has no objection to the relief sought in this Motion.

WHEREFORE, Defendant Bonded Collection Corporation respectfully requests this Court grant it an extension of time until August 31, 2011 to respond to Plaintiff's Complaint and an extension of time until September 2, 2011 to respond to Plaintiff's discovery requests and for such further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2011 this Motion was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

> Ian Leavengood, Esq.
> Leavengood & Nash, PA
> 2958 First Avenue North
> St. Petersburg, FL 33713
> ileavengood@leavenlaw.com
>
> Heather Fleming, Esq.
> Leavengood & Nash, PA
> 2958 First Avenue North
> St. Petersburg, FL 33713
> hfleming@leavenlaw.com
>
> Brian Melendez, Esq.
> Faegre & Benson, LLP
> 90 South 7th Street
> Minneapolis, MN 55402
> bmelendez@faegre.com
>
> Sherilee Williams, Esq.
> Hill Ward & Henderson, PA
> 101 East Kennedy Blvd., Suite 3700
> Tampa, FL 33602
> sjwilliams@hwhlaw.com

s/ Robert E. Sickles
Robert E. Sickles, P.A.
rsickles@hinshawlaw.com
Florida Bar No. 167444
**HINSHAW & CULBERTSON LLP**
100 South Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
*Attorney for Defendant Bonded Collection Corporation*
