UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL KELLIHER,

    Plaintiff,

                                            Case No. 8:11-cv-01593-VMC-EAJ

v.

TARGET NATIONAL BANK, and
BONDED COLLECTION CORPORATION,

    Defendants.

_____/

**DEFENDANT BONDED COLLECTION CORPORATION'S**
**RESPONSE TO ORDER REGARDING ATTORNEY JOHN RYAN'S PRO HAC**
**VICE ADMISSION**

        Defendant, Bonded Collection Corporation, by and through its undersigned counsel and in response to the Court's Order regarding Attorney John Ryan's pro hac vice admission, hereby gives notice that Attorney John Ryan is not appearing in this case as counsel for Defendant Bonded Collection Corporation and states as follows:

        1.      On August 9, 2011, this Court entered an Order requiring Attorney John Ryan with the law firm of Hinshaw & Culbertson LLP to comply with the Rules relating to appearing pro hac vice before this Court.

        2.      The undersigned is representing Defendant Bonded Collection Corporation in this action, and while Mr. Ryan may assist with the representation based on his relationship with Bonded Collection Corporation, he is not appearing before this Court and will not be filing documents in this action.

        3.      It is not clear how Mr. Ryan became listed on the service list, however, based on the foregoing, he should be removed it.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2011 this Motion was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

>Ian Leavengood, Esq.
>Leavengood & Nash, PA
>2958 First Avenue North
>St. Petersburg, FL 33713
>ileavengood@leavenlaw.com
>
>Heather Fleming, Esq.
>Leavengood & Nash, PA
>2958 First Avenue North
>St. Petersburg, FL 33713
>hfleming@leavenlaw.com
>
>Brian Melendez, Esq.
>Faegre & Benson, LLP
>90 South 7th Street
>Minneapolis, MN  55402
>bmelendez@faegre.com
>
>Sherilee Williams, Esq.
>Hill Ward & Henderson, PA
>101 East Kennedy Blvd., Suite 3700
>Tampa, FL  33602
>sjwilliams@hwhlaw.com

>>s/ Robert E. Sickles
>>Robert E. Sickles, P.A.
>>rsickles@hinshawlaw.com
>>Florida Bar No. 167444
>>**HINSHAW & CULBERTSON LLP**
>>100 South Ashley Drive, Suite 500
>>Tampa, FL 33602
>>Telephone:  813-276-1662
>>Facsimile: 813-276-1956
>>*Attorney for Defendant Bonded Collection Corporation*