**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DANIEL KELLIHER,

    Plaintiff,

vs.

Case No. 8:11-cv-1593-VMC-EAJ

TARGET NATIONAL BANK, and
BONDED COLLECTION CORPORATION,

    Defendants.

_____/

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT, BONDED COLLECTION CORPORATION**

**COMES NOW**, Plaintiff, DANIEL KELLIHER ("Plaintiff"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Stipulation for Dismissal without Prejudice as to Defendant, Bonded Collection Corporation*. Pursuant to discussion between Plaintiff's counsel and counsel for BONDED COLLECTION CORPORATION ("Bonded"), Plaintiff states as follows:

1.    Plaintiff's claims against Bonded are being dismissed without prejudice.

2.    Bonded shall bear its own attorney's fees and costs.

3.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Bonded's counsel and Bonded's counsel has no objection to the relief sought.

Submitted this 8th day of September 2011.

    Respectfully Submitted,

    **LEAVENGOOD & NASH**

   /s/ Heather M. Fleming
**Ian R. Leavengood, Esq., FBN 10167**
**Heather M. Fleming, Esq., FBN 25971**
2958 First Avenue North
St. Petersburg, FL 33713
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
hfleming@leavenlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Stipulation for Dismissal without Prejudice* has been furnished either electronically or by U.S. Mail this 8th day of September 2011 to:

Ms. Sherilee J. Williams
Hill Ward Henderson, PA
101 East Kennedy Boulevard
Tampa, FL 33602

Mr. Robert E. Sickles
Hinshaw & Culbertson, LLP
100 South Ashley Dr., Suite 500
Tampa, FL 33602

Mr. Brian Melendez
Faegre & Benson, LLP
90 South Seventh Street
Minneapolis, MN 55402

/s/ Heather M. Fleming
Attorney